UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEGOVIA, | No. 2:14-cv-0715 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On February 5, 2016, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Convalecer was returned unserved because "undeliverable." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed January 16, 2015;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the

1

attached Notice of Submission of Documents to the court, with the following documents:

      a. One completed USM-285 form for each defendant;

      b. Two copies of the endorsed amended complaint filed January 16, 2015; and

      c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: December 20, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/sego0715.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEGOVIA,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>         Defendants. | No.  2:14-cv-0715 GEB DB P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the _____

            Amended Complaint

DATED:

            _____

            Plaintiff